**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hector CIRINO, Defendant–Appellant.**

No. 05–10795.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 13, 2007.

Submission withdrawn on Feb. 20, 2007.

Resubmitted on June 29, 2007.

Filed July 3, 2007.

Pamela A. Martin, Timothy S. Vasquez, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

* This disposition is not appropriate for publication and is not precedent except as provided

Before: B. FLETCHER, CLIFTON, and IKUTA, Circuit Judges.

MEMORANDUM *

On *Ameline* remand from this court, the district court determined that the sentence it originally imposed would not have been materially different under an advisory guidelines system. *See United States v. Ameline*, 409 F.3d 1073, 1074–75 (9th Cir. 2005) (en banc). Because the record establishes that the district court understood its authority on remand to apply a non-Guidelines sentence, the district court's determination is reasonable. *United States v. Combs*, 470 F.3d 1294, 1297 (9th Cir. 2006).

**AFFIRMED.**